## LAURENT DUROCHER, EXECUTOR, ETC., OF DAME MARIE B. LASSELLE, *versus* THOMAS CALDWELL, ADMINISTRATOR DE BONIS NON OF JAMES LASSELLE, DECEASED

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Time for declaration and plea extended *p. 354; (2) motion for judgment *p. 434; (3) motion for nonsuit *p. 498; (4) rule for nonsuit *p. 507.

PAPERS IN FILE: (1) Precipe for summons, bill of particulars; (2) summons and return; (3) declaration; (4) precipe for subpoena; (5) motion for nonsuit; (6) memo. of court costs.

*1822–23 Calendar*, MS p. 43.  Recorded in *Book B*, MS pp. 389–94.